UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

MIRIAM KATZ                                    COMPLAINT

                        Plaintiff,  **'09 CIV 6565**

-against-


BNA FINANCIAL SERVICES, INC.


                        Defendant.

-----------------------------------------------------------------

## COMPLAINT FOR VIOLATIONS
## OF THE FAIR DEBT COLLECTION PRACTICES ACT

Plaintiff Miriam Katz by and through her attorney, Kleinman LLC, files this complaint against defendant BNA Financial Services, Inc. for its violations of the Fair Debt Collection Practices Act.

### Introduction

1. This action seeks redress for the illegal practices of Defendant, BNA Financial Services, Inc., concerning the collection of debt, in violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA").

### Jurisdiction and Venue

2. This Court has Federal question jurisdiction under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331.

3. Venue is proper in this District because the acts and transactions that give rise to this occurred, in substantial part, in this District. Additionally, Katz resides in this District and the Defendant transacts business here.

4. Miriam Katz is a citizen of the State of New York, Rockland County who resides in this District.

5.     Miriam Katz is a "Consumer" as that term is defined by § 1692(a)(3) of the FDCPA in that the alleged debt that the Defendant, BNA, sought to collect from her is a consumer debt, purportedly owed to Good Samaritan Hospital.

6.     Upon information and belief, Defendant BNA is an active Tennessee Corporation. Its Registered Agent is John R. Powers, CPA, 210 25th Avenue North, Suite 1106, Nashville, TN 37203.

7.     Defendant, BNA is regularly engaged in the collection of debts allegedly owed by consumers.

8.     Defendant, BNA is a "Debt Collector" as that term is defined by § 1692(a)(6) of the FDCPA.

9.     On or about June 18, 2009, plaintiff received a mass produced computer generated collection letter demanding payment of a $204.64 debt purportedly owed to Good Samaritan. **Exhibit A**.

10.    On July 10, 2009 a letter was sent to defendant disputing the debt and requested verification of the disputed debt. **Exhibit B**.

11.    On July 17, 2009, Defendant provided verification of a $204.64 debt by providing a Good Samaritan Hospital Itemized Bill totaling $13,754.85.and requested payment of a $204.64 debt. **Exhibit C**.

## AS AND FOR A FIRST CAUSE OF ACTION

## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

12.    Katz realleges and incorporates herein by reference, all the foregoing paragraphs as if set forth fully herein.

13.    Upon information and belief, the June 18, 2009 collection letter is a form

letter sent by Defendant to the Plaintiff.

14. Collection letters, such as those sent by Defendant, are to be evaluated by the objective standard of the hypothetical "least sophisticated consumer."

15. Defendant's letter violated 1692g(b), by attempting to collect a timely disputed debt prior to providing the consumer with verification of the debt.

16. Defendant's violated the FDCPA. Defendant's violations include, but are not limited to violating 15 U.S.C. § 1692g(b) by attempting to collect a disputed debt prior to providing verification of the debt.

**WHEREFORE**, the plaintiff requests that this Court grant the following relief in their favor, against BNA as follows:

a) The maximum statutory damages provided by section 1692k of the FDCPA against defendant;

b) Attorney's fees, litigation expenses and costs;

c) Any other relief that this Court deems just and proper.

Dated: Uniondale, New York
July 24, 2009

_/s/ Abraham Kleinman_
Abraham Kleinman (AK-6300)
KLEINMAN LLC
626 RXR Plaza
Uniondale, New York 11556-0626
Telephone (516) 522-2621
Facsimile (888) 522-1692

Plaintiff requests trial by jury on all issues so triable.

_/s/ Abraham Kleinman_
Abraham Kleinman (AK-6300)

**EXHIBIT A**



**BNA FINANCIAL SERVICES, INC.**
8010 Safari Dr ◆ Smyrna TN 37167-6605
*(615) 836-0100 or Toll Free (866) 377-9159*

June 18, 2009
Account Number:   11410974
Creditor:         Good Samaritan

| Account Number | Patient Name | Balance |
|---|---|---|
| 11410974 | Katz Miriam | 204.64 |
|  | **Total Amount Due:** | **$204.64** |

Your past due account has been placed with this collection agency. If you are aware of any reason for non payment of this amount, or you need to arrange a satisfactory settlement, please call us at 866-377-9159. If we do not hear from you, we will expect the balance promptly. Should you have already paid this balance, please disregard this letter.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. This collection agency is licensed by the collection service board, state department of commerce and insurance, 500 James Robertson Parkway, Nashville, TN 37243.

***California residents please see reverse for important information***

If you wish to pay by VISA or MasterCard, fill in the information below and return the entire letter to us.   ☐ VISA   ☐ MasterCard
*The 3 digit ID Number is located on the reverse side of your credit card*

| Account Number | *ID Number | Payment Amount | Expiration Date |
|---|---|---|---|
| | | $ | |

Card Holder Name _____   Signature of Card Holder _____   Date _____

VONBNAP01206

***Detach Lower Portion And Return With Payment***

---

PO Box 899
Smyrna TN 37167-0899
RETURN SERVICE REQUESTED

**BNA FINANCIAL SERVICES, INC.**
*(615) 836-0100 or Toll Free (866) 377-9159*

June 18, 2009

2248454-206    182525017

Miriam Katz
20 Smolley Dr
Monsey NY 10952-2021

**PLEASE MAKE YOUR CHECKS PAYABLE TO:**
GOOD SAMARITAN
Lockbox #404310
Atlanta Ga 30384-4310

Total Amount Due: $204.64
Account #: 11410974
Patient: Katz Miriam
Amount Enclosed $ _____

Exhibit B

Miriam Katz
20 Smolley Drive
Monsey, NY 10952

July 9, 2009

**VIA FACSIMILE TO 615-836-0106**
BNA Financial Services, Inc.
8010 Safari Drive
Smyrna, TN 37167

Your Account # 11410974
Your Client Name: Good Samaritan
Disputed Balance: $204.64

To Whom It May Concern,

1. Please be advised that I dispute that I owe $204.64 to Good Samaritan.

2. Please send me verification of this disputed debt.

3. Please send me the true corporate name of your company.

Thank you,

Miriam Katz

Exhibit C

**BNA FINANCIAL**
**PO BOX 899**
**SMYRNA, TN 37167**
**800-727-3032**

Date: 7/17/09

Dear Sir or Madam:

Enclosed you should find copies of the documents you requested. Please review them and contact us to make appropriate arrangements.

You can contact us during business hours of:
    Monday-Thursday:   8am-8p.m
    Friday:   8am-4pm

Information you should have when calling:

    Your account number: 11410974
    Patient Name: Miriam Katz
    Address: 20 Smolley Dr.
    Monsey, NY 10952
    Your existing balance: $204.64

Call me upon receipt of this letter at 1-800-727-3032. We look forward to working with you to get this matter taken care of.

Sincerely,

*Rayna*

Collection Representative
BNA Financial Bureau

07/17/2009 08:16:19 AM

**GOOD SAMARITAN HOSPITAL**
255 LAFAYETTE AVENUE
SUFFERN, NY 10901

PHONE: (866) 940-8375

GSH
(1)

MIRIAM KATZ
20 SMOLLEY DRIVE
MONSEY, NY 10952

Patient: KATZ MIRIAM
Accnt #: 11410974
Admit Dt: 12/12/2008
Dischg Dt: 12/12/2008

Facility: Good Samaritan Hospital

## ITEMIZED BILL

| Date | Service | Description | Qty | Amount |
|---|---|---|---|---|
| 12/12/08 | 810059 | ENDO ROOM 31 TO 60 MIN | 1 | 10,929.00 |
| 12/12/08 | 340118 | MAC ANES 0.5 TO 1 HR | 1 | 1,633.00 |
| 12/12/08 | 474049 | SURGICAL PATH LEVEL IV | 1 | 557.00 |
| 12/12/08 | 474677 | REF IMMUNOHISTOCHEM | 1 | 349.00 |
| 12/12/08 | 502201 | FENTANYL 0.05MG/ML INJ | 1 | 23.62 |
| 12/12/08 | 504618 | PROPOFOL 10MG/ML SDV | 1 | 54.92 |
| 12/12/08 | 502197 | FENTANYL 100MCG/HR | 1 | 208.31 |
| | | Total: | | 13,754.85 |

Page: 1